IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carol A. Wilson, Administrator, et al,  :   Case No. 2:20-cv-4794

    Plaintiffs,  :   Judge Morrison

vs.  :   Magistrate Judge Jolson

Patriot Drilling, Inc.,  :

    Defendant.  :

## JUDGMENT BY DEFAULT

IT APPEARING THAT the defendant, Patriot Drilling, Inc., has been regularly served with summons and complaint, and has failed to plead or otherwise defend, the legal time for pleadings or otherwise defending having expired and the default of the said defendant in the premises having been duly entered according to law on October 23, 2020;

NOW THEREFORE, upon the Motion of the Plaintiff, judgment is hereby entered against said Defendant in pursuance of the prayer of said complaint;

Wherefore; it is ORDERED, ADJUDGED AND DECREED that plaintiff have and recover from the said defendant:

1. Audit findings/delinquent contributions for the period October 1, 2018 to July 1, 2020 in the amount of $28,093.70;

2. Interest in the amount of $4,571.60 calculated to September 15, 2020, plus $421.53 per month thereafter as long as the judgment remains unpaid;

3. Statutory interest in the amount of $4,571.60 calculated to September 15, 2020, plus $421.53 per month thereafter as long as the judgment remains unpaid;

4. Court costs in the amount of $400.00.

Judgment entered November 5, 2020.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*